IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Philip Deitch – #029164

No. C 12-80292 WHA

**ORDER OF SUSPENSION**

/

    Because Philip Deitch has failed to respond to the order to show cause, Mr. Deitch's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:  February 7, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE